**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| EDWARD WILLIAMS, et al. | : | Case No. 1:17-CV-101 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| v. | : | |
| | : | |
| WINTON TRANSPORTATION, INC. | : | **NOTICE OF FILING** |
| d/b/a/ UNIVERSAL TRANSPORTATION | : | |
| SYSTEMS, LLC. | : | |
| | : | |
| Defendant. | : | |

Please take notice that on July 26, 2017 Defendant caused to be filed the executed Settlement and Release Agreement in the above-captioned matter, attached hereto as Exhibit A.

Respectfully submitted,

**MINNILLO & JENKINS CO., LPA**

/s/ Robb S. Stokar
Robb S. Stokar (0091330)
Christian A. Jenkins (0070674)
2712 Observatory Avenue
Cincinnati, OH  45208
Tel:  (513) 723-1600
Fax:  (513) 723-1620
rsstokar@minnillojenkins.com
cjenkins@minnillojenkins.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies he filed the above Notice of Filing with the court using the CM/ECF system this 26th day of July 2017, which will serve a copy on all parties who have entered an appearance in this matter.

      /s/ Robb S. Stokar
      Robb S. Stokar (0091330)
      *Counsel for Defendant*