# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| EDWARD WILLIAMS et. al., | : | CASE NO: 1:17-cv-101 |
| Plaintiffs, | : | Judge: Timothy S. Black |
| vs. | : | |
| | : | DISMISSAL ORDER |
| WINTON TRANSPORTATION, INC. d/b/a UNIVERSAL TRANSPORTATION SYSTEMS, LLC. | : | |
| | : | |
| Defendant. | | |

THE COURT has been apprised of the terms of the proposed settlement of the Plaintiffs' claims and finds them to be a fair and reasonable compromise of disputed claims and the product of arm's length negotiations by competent experienced counsel.

Accordingly, the settlement is APPROVED and this matter DISMISSED with prejudice. The Court shall retain jurisdiction over the settlement for the exclusive purpose of its enforcement.

SO ORDERED

_7/28/17_
DATE

_Timothy S. Black_
UNITED STATES DISTRICT JUDGE

1